# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156849(86)

RAFAELI, LLC, and ANDRE OHANESSIAN,
     Plaintiffs-Appellants,

v

OAKLAND COUNTY and ANDREW MEISNER,
     Defendants-Appellees.

_____/

SC: 156849
COA: 330696
Oakland CC: 2015-147429-CZ

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their brief is GRANTED. The brief will be accepted as timely filed if submitted on or before February 13, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk